### Frank N. RAY et al.

v.

### John GREICHEN et al.

### No. 84–325–M.P.

Supreme Court of Rhode Island.

Jan. 17, 1985.

Daniel J. Murray, Providence, William M. Corcoran, Newport, for petitioners.

Joseph M. Hall, Newport, for respondents.

## ORDER

The petition for writ of certiorari is denied.

■.

### Dyann L. ROTONDO

v.

### BOARD OF REVIEW, DEPT. OF EMPLOYMENT SECURITY.

### No. 84–591–M.P.

Supreme Court of Rhode Island.

Jan. 17, 1985.

Michael Bashaw, Providence, for petitioner.

Pat Nero, Charles H. McLaughlin (DES), Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.

### COASTAL CABLE TV, INC.

v.

### Edward F. BURKE.

### No. 84–543–M.P.

Supreme Court of Rhode Island.

Jan. 24, 1985.

Michael P. DeFanti, Providence, for petitioner.

John A. Notte III, Charles J. McCarthy, Providence, for respondent.

## ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.